IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00106-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| OMARIS DUSHAWN MCMILLER | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Consent Motion to Withdraw Guilty Plea. (Doc. No. 28).

For the reasons stated in the motion, the Court finds the defendant has shown a fair and just reason to withdraw the guilty plea he entered on May 27, 2014.

**IT IS, THEREFORE, ORDERED** that the above captioned case be scheduled for trial during the August 3, 2015, term of Court.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on July 27, 2015 at 9:30 A.M. in a courtroom to be designated in the Charles R. Jonas Federal Building.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 20, 2015

Robert J. Conrad, Jr.
United States District Judge